IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KERRI B. URBAN, | ) | ELECTRONICALLY FILED |
| | ) | |
| Plaintiff, | ) | Civil Action No. 07-1186 |
| | ) | |
| v. | ) | Judge Gary L. Lancaster |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| DHL EXPRESS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between counsel for Plaintiff Kerri B. Urban and Defendant DHL Express, Inc., that this action and all of the claims set forth in the above-captioned action are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). The parties shall bear their own fees and costs.

DERISO & DERISO

/s/Michael J. DeRiso
Michael J. DeRiso (PA I.D. No. 76555)
1801 Law & Finance Building
429 Fourth Avenue
Pittsburgh, PA 15219

412.765.1100
Deriso_esq2@msn.com

*Counsel for Plaintiff*

MARCUS & SHAPIRA LLP

/s/ Beth M. Henke
Beth M. Henke (PA I.D. No. 83886)
One Oxford Centre, 35th Floor
Pittsburgh, PA 15219

412.338.5212
Henke@marcus-shapira.com

*Counsel for Defendant*

SO APPROVED THIS 29th DAY OF Jan, 2009

{A0354670.2}